ACCEPTED
05-18-00644-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 11:52 AM
LISA MATZ
CLERK

**Appellate Docket Number: 05-18-00644-CV**

**COURT OF APPEALS
FIFTH DISTRICT OF TEXAS
DALLAS COUNTY**

**DOCKETING STATEMENT (CIVIL)**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

6/4/2018 11:52:45 AM

LISA MATZ
Clerk

**[To be filed in the Court of Appeals upon perfection of appeal under TRAP 32.]**

| I.   Parties (TRAP 32.1(a), (e)): | |
|---|---|
| Appellant: T___ M___<br><br><br><br><br>(*See* note at bottom of page) | Appellee: Dallas County Juvenile District Attorney<br><br><br><br><br><br><br>(*See* note at bottom of page) |
| Attorney (lead appellate counsel):<br><br>Frank Adler | Attorney (lead appellate counsel, if known; if not, then trial counsel):<br><br>Lori Ordiway |
| Address (lead counsel):<br><br>2501 Avenue J, Suite 100<br>Arlington, TX 76006 | Address (lead appellate counsel, if known; if not, then trial counsel):<br><br>133 N. Riverfront Blvd., LB-19<br><br>Dallas, Texas 75207-4399 |
| Telephone Number<br>(include area code): 682-702-0506 | Telephone Number<br>(include area code):  (214) 653-3600 |
| Fax Number<br>(include area code): 888-605-7225 | Fax Number<br>(include area code): |
| SBN (lead counsel): 24056787 | SBN (lead counsel): |

If not represented by counsel, provide appellant's/appellee's address, telephone number, and fax number.

On a separate attachment, list the same information stated above for any additional parties to the trial court's judgment.

| II. | Perfection Of Appeal And Jurisdiction (TRAP 32.1(b), (c), (g), (j)): | |
|---|---|---|

| Date order or judgment signed:<br><br>May 17, 2018<br><br><br>(Attach a signed copy, if possible.) | Date notice of appeal filed in trial court:<br><br>June 1, 2018<br><br>(Attach file-stamped copy; if mailed to the trial court clerk, also give the date of mailing.) |
|---|---|
| What type of judgment? (*E.g.*, jury trial, bench trial, summary judgment, directed verdict, other (specify)):<br><br><br>Bench Trial | Interlocutory appeal of appealable order:<br>  Yes     No<br><br>(Please specify statutory or other basis on which interlocutory order is appealable.)<br><br><br>Accelerated/preferential appeal:<br>  No<br><br>(Please specify statutory or other basis on which appeal is accelerated or receives preferential treatment.) |
| Does the judgment or order dispose of all parties and issues?  Yes | If no, cite authority for this Court's jurisdiction. |

| III. | Actions Extending Time To Perfect Appeal (TRAP 32.1(d)): | |
|---|---|---|

| Action | Filed | Date Filed |
|---|---|---|
| Motion for New Trial | No | |
| Motion to Modify Judgment | No | |

| | | |
|---|---|---|
| Request for Findings of Fact and Conclusions of Law | No | |
| Motion to Reinstate | No | |
| Motion under TRCP 306a | No | |
| Other (specify): | | |

**IV.    Indigency Of Party (TRAP 32.1(k))  (attach file-stamped copy of affidavit):**

| | |
|---|---|
| Affidavit filed                No        Date: _____ |
| Contest filed                No                    Date: _____ |
| Ruling on contest:  Sustained        Overruled        Date: _____ |

**V.     Trial Court And Record (TRAP 32.1(c), (h), (i)):**

| Court: 305th District Court | County:  Dallas | Trial Court Docket Number (Cause No.): JD-17-00477 |
|---|---|---|

| | |
|---|---|
| Trial Judge (who tried or disposed of case): Judge Cheryl Shannon<br><br>Telephone Number (include area code): 214-698-4936<br><br>Fax Number (include area code): 214-698-5553<br><br>Address: 2600 Lone Star Drive, Dallas Texas 75212 | Court Clerk (district or county clerk): District<br><br>Telephone Number (include area code):  (214) 698-4913<br><br>Fax Number (include area code):<br><br>Address: 2600 Lone Star Drive, Dallas Texas 75212 |

Clerk's fee has been paid or satisfactory arrangements made?  Yes      No
If no, explain

Court Reporter or Court Recorder: Marty Grant

Telephone Number                                    Fax Number
(include  area code): (214) 698-4952          (include area code):

Address: 2600 Lone Star Drive, Dallas Texas 75212

(Attach additional sheet if necessary for additional court reporters/recorders.)

| Reporter's or Recorder's Record (check if electronic recording ) | None | Will request | Was requested on: June 1, 2018 |
|---|---|---|---|
| State arrangements made for payment of court reporter/recorder: Pauper's Oath / Affidavit | | | |

| **VI.** **Supersedeas Bond (TRAP 32.1(1)):** | None | Will file | Was filed on: |
|---|---|---|---|

**VII.** **Extraordinary Relief:** Will you request extraordinary relief (*e.g.*, temporary or ancillary relief) from this Court?     No     If yes, briefly state the basis for your request.

**VIII.** **Alternative Dispute Resolution/Mediation:**

If this appeal should be referred to a settlement procedure, complete and file a separate ADR form, which is available from the Court.

**IX.** **Related Matters:** List any pending or past related appeals or original proceedings (*e.g.*, mandamus, injunction, habeas corpus) before this or any other Texas appellate court by court, docket number, and style.

**X     Pro Bono Program:**  A number of attorneys have expressed an interest in representing a party before this Court for no charge, except for costs and expenses.  Whether they would agree to represent you would depend on your financial need and a number of other factors.  A Pro Bono Committee of local lawyers will make the decision, without input from this Court, as to whether your case qualifies for such free legal representation.  If you feel your financial situation might qualify you for this help, and you would like to be considered for such help, complete the information in this section.  More information regarding this program can be found in the Pro Bono Program Pamphlet for the Second Court of Appeals available in paper form at the Clerk's Office or on the Internet at http://www.tex-app.org/  **NOTE:  There is no guarantee that an attorney will be found to represent you.  Accordingly, you should keep looking for counsel to represent you in this case.  By signing your name below, you authorize the Pro Bono Committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and a Listserv to its pool of volunteer appellate attorneys.**

1.      Do you want to be considered for free legal representation in this case?

                    Yes                 No

If you answered "Yes" to Question X.1, then please answer the following questions.

2.      Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the Committee may have regarding this case?  Please note that the substance of any such conversations would be maintained as confidential by the Pro Bono Committee , to the extent permitted by law.  The information would be used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

                    Yes                 No

3.      If you have not previously filed an affidavit of indigency and attached a file-stamped copy of that affidavit, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?  These guidelines can be found in the Pro Bono Program Pamphlet as well as on the Internet at http://aspe.hhs.gov/poverty/08poverty.shtml.

                    Yes                 No

4.      Are you willing to disclose your financial circumstances to the Pro Bono Committee?  If so, please attach an Affidavit of Indigency completed and executed by the appellant.  Forms may be found in the Clerk's Office or on the Internet at http://www.tex-app.org/Form3.pdf. If you are not willing to submit this Affidavit, you will probably not be referred to an attorney under this Program.

                    Yes                 No

5.       Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

**X. Certificate of Service:** The undersigned counsel certifies that this docketing statement has been served on the parties of record by regular mail or facsimile:

/s/ *Frank Adler*                                    Date: June 4, 2018
Signature of counsel

Frank Adler                                          State Bar No.: 24056787
Printed Name